UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN TSIMBIDAROS, : | |
| ADMINISTRATOR OF THE ESTATE OF : | |
| PETER TSIMBIDAROS : | |
| : | |
| vs. : | |
| : | |
| ALLSTATE PROPERTY AND | |
| CASUALTY INSURANCE COMPANY : | DECEMBER 16, 2022 |

## COMPLAINT

1. Plaintiff John Tsimbidaros is a citizen of the State of Connecticut.

2. Plaintiff's decedent Peter Tsimbidaros was a citizen of the State of Connecticut at all times mentioned herein.

3. On February 7, 2020, Plaintiff John Tsimbidaros was appointed by the Bridgeport, Connecticut Probate Court as administrator of the Estate of Peter Tsimbidaros and brings this action in that representative capacity on behalf of the estate.

4. Defendant Allstate Property and Casualty Insurance Company ("Allstate") is incorporated under the laws of Illinois, has a principal place of business at 2275 Sanders Rd., Northbrook, Illinois, and issues policies of automobile insurance, including in the State of Connecticut.

5. This Court has subject matter jurisdiction over this case in that the parties are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. §1332(a).

6.     Venue is proper in this district in that the plaintiff resides in this district and a substantial portion of the events giving rise to the claim occurred in this district in that the contract of insurance at issue was entered into in the State of Connecticut and the events giving rise to the claim occurred in Connecticut. 28 U.S.C. §1391.

7.     At all relevant times, Allstate issued a policy of automobile insurance to the plaintiff that included coverage for damages due to uninsured motorists ("UM coverage"), bearing policy number 919 286 695, in consideration of a premium and plaintiff's decedent Peter Tsimbidaros was an insured for purposes of that policy.

8.     That policy included UM coverage in the amount of $250,000 for bodily injury for each occurrence.

9.     On or about January 1, 2020, at about 3:56 P.M., plaintiff's decedent Peter Tsimbidaros was operating his 2006 Honda CRV in the northbound lane of Ellsworth Avenue as he approached the intersection of Fairfield Avenue in Bridgeport, CT.

10.    On or about January 1, 2020, at about 3:56 P.M., Keith Commerford was operating a 2008 Chrysler Town and Country travelling in the westbound lane on Fairfield Avenue approaching the intersection of Ellsworth Avenue in Bridgeport, CT.

11.    As plaintiff's decedent Peter Tsimbidaros travelled through the intersection of Ellsworth Avenue and Fairfield Avenue, he was struck on the passenger side by the vehicle being operated by Commerford. The force of the collision then caused the Tsimbidaros vehicle to strike a utility pole on the driver's side.

12.     A substantial factor causing the injuries to Peter Tsimbidaros was the

negligence and recklessness of Keith Commerford in one or more of the following ways, including, but not limited to:

    a. He operated his motor vehicle while under the influence of alcohol and/or drugs in violation of §14-227a of the Connecticut General Statutes;

    b. His failure to obey a red traffic control signal at the intersection, in violation of Conn. Gen. Stat. § 14-299;

    c. His failure to apply his brakes to avoid the collision;

    d. His failure to turn or swerve as to avoid the collision;

    e. His failure to exercise reasonable care to avoid the collision;

13. The force of the impact was the substantial factor in causing Peter Tsimbidaros to suffer serious, painful, and eventual fatal injuries including, but not limited to, the following:

    a. Multiple pelvic fractures;

    b. Displaced L2 Transverse fracture;

    c. Fractures of the left radius and ulna;

    d. Multiple significant head injuries;

    e. Pain and suffering;

    f. And death.

14. As a further result, the Estate of Peter Tsimbidaros has incurred expenses for hospital and medical care all to its financial loss.

15. As a further result, Peter Tsimbidaros has suffered a complete destruction of his ability to enjoy all of life's activities and loss of life itself.

16. The vehicle operated by Keith Commerford was an uninsured motor vehicle as defined in the defendant's policies and plaintiff has provided to Allstate any required notices of this incident and claim and has otherwise complied with the terms of the insurance policy.

17. Plaintiff John Tsimbidaros, as administrator of the Estate of Peter Tsimbidaros, is therefore entitled to benefits under the terms of the policy, and defendants have failed to provide those benefits to him in breach of the policy of insurance.

WHEREFORE, plaintiffs claim:

1. Damages.
2. Costs.
3. Such other relief to which the plaintiffs are entitled by law or equity.

Dated at Bridgeport, Connecticut this 16th day of December, 2022.

THE PLAINTIFF,

By /s/_____
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Juris No. 302902
TEL: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com