UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN TSIMBIDAROS, : | |
| ADMINISTRATOR OF THE ESTATE OF : | CIVIL ACTION |
| PETER TSIMBIDAROS : | NO. 22 cv 01602 (VAB) |
| : | |
| vs. : | |
| : | |
| ALLSTATE PROPERTY AND : | FEBRUARY 1, 2024 |
| CASUALTY INSURANCE COMPANY : | |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff moves to dismiss this action, with prejudice and without costs, the parties having resolved the issues presented in the complaint. Counsel for defendant agrees that this motion should be granted

THE PLAINTIFF,

By /s/ William M. Bloss
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
No. CT01008
TEL: 203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com

**CERTIFICATION**

I hereby certify that on this date the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/S/ William M. Bloss
**WILLIAM M. BLOSS**
