UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN TSMBIDAROS,

                       Plaintiff                                            3:22-cv-1602 VAB

V.

ALLSTATE PROPERTY AND CASUALTY
INSURNCE COMPANY,

                   Defendant

JUDGMENT

This matter came on for consideration on plaintiff's motion to dismiss (Doc. 10)

before the Honorable Victor A. Bolden, United States District Judge. On April 28,

2024, the court entered and order (Doc 11.) granting the motion to dismiss (Doc 10.)

Therefore, it is hereby;

ORDERED, ADJUDGED, and DECREED that judgment enter this case is

closed. Dated at New Haven, Connecticut, this 28th day of April 2024.

                                            Dinah Milton Kinney, Clerk
                                            By: /s/ Tatihana Murphy
                                            Tatihana Murphy
                                            Deputy Clerk

EOD 4/28/2024